IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Vs. | § | CRIMINAL ACTION 6:07CR97 |
| CASEY HOUSEWRIGHT | § | |

### FINDINGS OF FACT AND RECOMMENDATION ON FELONY GUILTY PLEA BEFORE UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b), this matter has been referred by the District Judge for administration of the guilty plea and allocution under Rule 11 of the Federal Rules of Criminal Procedure.

On the 30th day of June, 2008, this cause came before the undersigned United States Magistrate Judge for Guilty Plea and Allocution of the Defendant, Casey Housewright, on the 1-Count Superseding Indictment filed herein charging a violation of Title 18, United States Code, Section 371. After conducting the proceeding in the form and manner prescribed by Fed.R.Crim.P. 11, the Court finds:

    a.    That the Defendant, after consultation with counsel of record, has knowingly and voluntarily consented to the administration of the Guilty Plea and Allocution in this cause by a United States Magistrate Judge subject to a final approval and imposition of sentence by the District Judge.

    b.    That the Defendant pled guilty to Count 1 of the Superseding Indictment, pursuant to a plea agreement with the Government which has been filed and disclosed in open court pursuant to Fed.R.CrimP. 11(c)(2). Count 1 of the Superseding Indictment charges the Defendant with conspiracy to commit bank fraud in violation of Title 18, United States Code, Section 1344, in violation of Title 18, United States Code,

    Section 371.

c.    That the Defendant is fully competent and capable of entering an informed plea, that the Defendant is aware of the nature of the charges and the consequences of the plea, and that the plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offenses.

**IT IS THEREFORE** the recommendation of the undersigned United States Magistrate Judge that the District Judge accept the Plea Agreement and the Guilty Plea of the Defendant, with acceptance of the plea agreement conditional upon a review of the presentence report, and that the Defendant, **CASEY HOUSEWRIGHT,** be finally adjudged guilty of that offense.

The United States District Clerk shall serve a copy of this proposed Findings of Fact and Recommendation on all parties by sending a notice of electronic filing and retain the receipt of notice of electronic filing. Within ten (10) days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings, conclusions and recommendations contained in this report. A party's failure to file written objections to the findings, conclusions and recommendations contained in this report within ten days after being served with a copy shall bar that party from *de novo* review by the district judge of those findings, conclusions and recommendations and, except on grounds of plain error, from appellate review of unobjected-to factual findings and legal conclusions accepted and adopted by the district judge. *Douglass v. United States Auto Ass'n.*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc).

So **ORDERED** and **SIGNED** this **30** day of **June, 2008.**

_____
JUDITH K. GUTHRIE
UNITED STATES MAGISTRATE JUDGE